735 A.2d 566

IN THE MATTER OF MARTIN G. MARGOLIS,
AN ATTORNEY AT LAW.

September 9, 1999.

## ORDER

The Disciplinary Review Board on May 3, 1999, having filed with the Court its decision concluding that **MARTIN G. MAR-**

GOLIS of **VERONA,** who was admitted to the bar of this State in 1961, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard funds), and good cause appearing;

It is ORDERED that **MARTIN G. MARGOLIS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.